

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00216-CV

**IN RE BRANCH/MCGOWEN VENTURES LLP** a/k/a BMV Retail;
Ester Branch and Theldon R. Branch, III

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  April 23, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relators' petition for writ of mandamus and motion for stay. The court is of the opinion that relief should be denied. TEX. R. APP. P. 52.8(a). Accordingly, relators' petition for writ of mandamus and motion for stay are denied. Relators shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011CVF000180 D2, styled *HK2 IAH LLC d/b/a HK Style and HK Global Trading Ltd. v. Branch/McGowen Ventures, LLP a/k/a BMV Retail, et al.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.